379 A.2d 595

Commonwealth v. Kallinger, Appellant.

Argued March 16, 1977. Malcolm W. Berkowitz, with him Berkowitz and Gutkin, for appellant; Reid H. Weingarten, Deputy District Attorney, with him LeRoy S. Zimmerman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.